UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10309-RWZ

UNITED STATES OF AMERICA

v.

FRANZ GUZMAN

ORDER
June 25, 2008

ZOBEL, D.J.

On October 27, 2004, Franz Guzman was sentenced to a period of imprisonment of 120 months, the statutory minimum for conspiracy to possess with intent to distribute cocaine base, cocaine and heroin. He now moves for a sentence reduction pursuant to 18 U.S.C § 3582 (c)(2).

The motion is denied because the amendment to the United States Sentencing Guidelines which lowered the guideline range for offenses involving crack cocaine do not affect statutory minimum sentences. I note, moreover, that defendant's guideline range was 262 to 327 months. While the government moved under § 5K 1.1 of the guidelines for a downward departure based on defendant's assistance, it did not move for authority to impose a sentence below the statutory minimum. The government pursuant to its motion recommended a sentence of 183 months; as noted above, the

court imposed a period of incarceration of 120 months.  The court has no authority to sentence defendant to less than that period.

|  |  |
|---|---|
| June 25, 20008 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |